**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                               )<br>                    Plaintiff,                       )<br>                                                               )<br>         v.                                                 )<br>                                                               )<br>THOMAS JAMES HAZEL,                   )<br>a.k.a. Jamie Hazel,                               )<br>                                                               )<br>                    Defendant.                   ) | 2:09-CR-315-GMN (RJJ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On March 30, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant THOMAS JAMES HAZEL, a.k.a. Jamie Hazel, to criminal offenses, forfeiting specific property alleged in the Second Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant THOMAS JAMES HAZEL, a.k.a. Jamie Hazel pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 2, 2010 through May 1, 2010 and further notified all known third parties by personal service of their right to petition the Court.

1    On August 17, 2010, this Court granted a Petition, Stipulation for Return of Property and Order concerning Thomas Whalen and the Smith & Wesson, Model SW40VE, .40 caliber pistol, serial number RAV4714, stating he is the legal owner of the asset. Docket #44.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2);  Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    one (1) Mossberg, Model 500A, 12 gauge shotgun, serial # P136215, and any and all ammunition;

    b)    one (1) Century International Arms, Model M70AB2, Caliber .762 Rifle, serial #M70AB24820, and any and all ammunition;

    c)    one (1) Smith & Wesson, Model SW40VE, .40 caliber pistol, serial #RAV4714, and any and all ammunition;

    d)    one (1) Kimber Ultra Cary II, .45 caliber semi-automatic pistol, with an obliterated serial number, and any and all ammunition;

    e)    one (1) Davis Industries, Model P-380, .380 caliber pistol, serial #AP323289, and any and all ammunition;

    f)    10 Rounds Winchester-Western .45 Caliber Ammunition;

    g)    390 Rounds Assorted Ammunition;

  h)  four (4) Assorted Ammunition; and

  i)  $176.00 in U.S. Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 30th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge